NOTICE: NOT FOR PUBLICATION.
UNDER ARIZONA RULE OF THE SUPREME COURT 111(c), THIS DECISION DOES NOT CREATE
LEGAL PRECEDENT AND MAY NOT BE CITED EXCEPT AS AUTHORIZED.

IN THE

# ARIZONA COURT OF APPEALS
### DIVISION ONE

———————————————

STATE OF ARIZONA, *Appellee,*

*v.*

ALEJANDRO ORONA-RODRIGUEZ, *Appellant.*

No. 1 CA-CR 13-0422
FILED 4-24-2014

———————————————

Appeal from the Superior Court in Maricopa County
No. CR2012-109593-001
The Honorable Daniel G. Martin, Judge

**CONVICTIONS AFFIRMED; SENTENCES AFFIRMED AS MODIFIED**

———————————————

COUNSEL

Arizona Attorney General's Office, Phoenix
By Joseph T. Maziarz
*Counsel for Appellee*

Maricopa County Public Defender's Office, Phoenix
By Thomas K. Baird
*Counsel for Appellant*

## MEMORANDUM DECISION

Chief Judge Diane M. Johnsen delivered the decision of the Court, in which Judge Maurice Portley and Judge Peter B. Swann joined.

J O H N S E N, Judge:

¶1          Alejandro Orona-Rodriguez was convicted of armed robbery, a Class 2 dangerous felony; aggravated assault, a Class 3 dangerous felony; and theft of means of transportation, a Class 3 felony. The superior court sentenced him to concurrent terms of imprisonment, the longest of which was 14 years, with presentence incarceration credit of 454 days. The court also ordered Orona-Rodriguez to "submit to DNA testing for law enforcement identification purposes and pay the applicable fee for the cost of that testing."

¶2          Orona-Rodriguez does not dispute his convictions nor the terms of incarceration the superior court imposed. He argues only that the court erred by failing to grant him two additional days of presentence incarceration. The State confesses error, acknowledging that Orona-Rodriguez is entitled to 456 days of presentence incarceration credit.

¶3          Although not raised in the opening brief, in *State v. Reyes*, 232 Ariz. 468, 472, ¶ 14, 307 P.3d 35, 39 (App. 2013), this court held that Arizona Revised Statutes section 13-610 (2014) does not authorize the superior court to impose a DNA collection fee on a convicted defendant.[1]

---

[1]          Absent material revision after the date of the alleged offense, we cite a statute's current version.

Pursuant to *Reyes*, which was issued after Orona-Rodriguez was sentenced, the superior court erred by imposing the collection fee.

**¶4** Accordingly, we modify the judgment of conviction to provide for 456 days of presentence incarceration credit and to omit the requirement that Orona-Rodriguez pay the cost of DNA testing. Otherwise, we affirm Orona-Rodriguez's convictions and sentences as modified.



Ruth A. Willingham · Clerk of the Court
FILED: MJT